IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:17-113-02

DETRIA CARTER

**MEMORANDUM OPINION AND ORDER**

Before the court is defendant, Detria Carter's Motion to Amend Conditions of Bond. See ECF No. 452. Following a hearing on December 12, 2017, Magistrate Judge Omar J. Aboulhosn released Detria Carter on a $25,000.00 unsecured bond. See ECF No. 415. Detria Carter's Conditions of Release placed her in the custody of Bridget Gray, her cousin, who resides in Beckley, West Virginia. In the instant motion, defendant's counsel states that Bridget Gray is the sister of a co-defendant in this matter, Rashaun Carter. As a result, Detria Carter's probation officer has requested that she find a different location to reside. To comply with the terms of her bond, Detria Carter requests this court amend her conditions of bond to allow her to reside at 305 Bostic Avenue, Beckley, West Virginia, 25801. See ECF No. 452. The government does not object to defendant's motion.

For good cause shown, the court **GRANTS** defendant's motion to amend the conditions of her bond to (1) allow Detria Carter to reside at 305 Bostic Avenue, Beckley, West Virginia, 25801 and (2) remove Detria Carter from the custody of Bridget Gray. All other conditions of bond set forth in the Conditions of Release remain in place.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**It is SO ORDERED** this 12th day of January, 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge